# Order

Michigan Supreme Court
Lansing, Michigan

July 11, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153959 (26)

BRUCE A. WILLIAMS,

      Plaintiff-Appellant,

v

                            SC: 153959
                            COA:  331757

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff's motion for reconsideration of the order of June 22, 2016 is denied. Within 21 days of the certification of this order, plaintiff shall pay the initial partial filing fee of $12.00 as ordered. Failure to comply with the terms of this order shall result in administrative dismissal of plaintiff's appeal.



jam

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 11, 2016



Clerk